**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| ERIC WESLEY, | : |
| Plaintiff, | : |
| v. | : 1:07-CV-6 (WLS) |
| Officer MANGO, | : |
| Defendant. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed November 8, 2007. (Doc. 10). It is recommended that Plaintiff's complaint be dismissed for failure to prosecute. (Doc. 10). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 10) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's complaint is **DISMISSED**.

**SO ORDERED**, this 17th day of June, 2008.

    /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE**